IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED
MAY 11 2005

Robert R. Di Trolio, Clerk
U. S. DIST COURT
W. D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

BHUTTER HARDEEP SINGH

05-20127-Ma

## ORDER ON ARRAIGNMENT

This cause came to be heard on  5/4/5 , the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:   APPEARANCE WAIVED

NAME   ED PERRY   who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.
___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:2244: 18:113;

U. S. Attorney assigned to Case: F. Godwin

Age: N/A

Document entered on the docket sheet in compliance
Rule 55 and/or 32(b) FRCrP on  5/6/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20127 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT