IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.

NO. 05-20127-Ma

BHUTTER HARDEEP SINGH,

Defendant.

## ORDER GRANTING MOTION TO WAIVE APPEARANCE AT REPORT DATE

Before the court is the May 26, 2005 motion to waive the appearance of the defendant at the report date scheduled on May 31, 2005. For good cause shown, the motion is granted and the defendant may waive his personal appearance.

IT IS SO ORDERED this 31st day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20127 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT