FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 10 AM 8:10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| VS ) | CR. NO. 05-20127-B |
| ) | |
| BHUTTER HARDEEP SINGH ) | |
| Defendant. ) | |

## ORDER ON JURY VERDICT

This cause came on for trial on August 8, 2005, the United States Attorney for this District, Fred Godwin, representing the Government, and the defendant, Bhutter Hardeep Singh, appearing in person and with counsel, Randy Alden.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments and jury charge, the jurors were excused to begin deliberation.

After due deliberation, the jury returned in open court on August 9, 2005, and announced a verdict of GUILTY as to Counts 1 & 2 of the Indictment.

Jurors were polled individually.

The **SENTENCING HEARING** is **SET** on **Wednesday, November 3, 2005 at 1:30 p.m.** in Courtroom Number 1, on the 11th Floor, before Judge J. Daniel Breen.

Defendant was remanded to the custody of the U.S. Marshal.

ENTERED this the 9th day of August, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-10-05

33

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CR-20127 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT